BOGUE SHORES HOMEOWNERS ASSN. v.
     TOWN OF ATLANTIC BEACH

No. 185P93

Case below: 109 N.C.App. 549

Petition by plaintiffs for discretionary review pursuant to G.S.
7A-31 denied 1 July 1993.

CANTWELL v. CANTWELL

No. 186PA93

Case below: 109 N.C.App. 395

Petition by defendant for discretionary review pursuant to
G.S. 7A-31 allowed 1 July 1993.

CAROLINA SOLVENTS, INC. v. PERRY

No. 167P93

Case below: 109 N.C.App. 488

Petition by defendant for discretionary review pursuant to
G.S. 7A-31 denied 1 July 1993.

FAULKENBURY v. TEACHERS' &
     STATE EMPLOYEES' RETIREMENT SYSTEM

No. 94A93

Case below: 108 N.C.App. 357

Petition by plaintiff for discretionary review pursuant to G.S.
7A-31 and Appellate Rule 16(b) as to issues in addition to those
presented as the basis for the dissenting opinion denied 1 July
1993. Motion by defendants to dismiss appeal in part allowed 1
July 1993. Petition by defendants for discretionary review pursuant
to G.S. 7A-31 denied 1 July 1993.